UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation,

    Plaintiff,

vs.

OYSTER BAY HOMES, INC., a Florida
corporation, PEDRO DELGADO and
MARGARITA DELGADO, citizens of
Florida, KEVIN JACOBSON and
RHONDA JACOBSON, citizens of
Florida, RAYMOND OLER and
DANETTE OLER, citizens of Florida,
PETER WILLINGHAM and MARTY
WILLINGHAM, citizens of Florida,
MARILOU DESTACAMENTO and
ALADIN DESTACAMENTO, citizens of
Florida, RUSSELL BRUMBAUGH and
CAROL BRUMBAUGH, citizens of
Florida, and CHYRILLE McINTOSH, a
citizen of Florida,

    Case No.: 2:10-cv-00188-CEH-SPC

    Defendants.
_____  /

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation,

    Plaintiff,
vs.

PAUL HOMES, INC., a Florida
Corporation, RICHARD W. FULKS and
BONNIE J. FULKS, citizens of Florida,
MICHAEL NUKHO, EDWARD
NUKHO and GEORGE NUKHO, citizens
of New York, and SCOTT BARRY and
JUDY BARRY, citizens of New Jersey,

    Case No.: 2:10-cv-191-FtM-29DNF

    Defendants.                              /

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation,

    Plaintiff,

vs.

HANSEN HOMES OF SOUTH
FLORIDA, a Florida corporation, JOHN
NOWICKI, citizens of Florida, DAVID
BORGARDT AND KATHERINE
BORGARDT, citizens of Florida, TODD
RISMILLER AND LISA RISMILLER,
citizens of Florida, NATHAN EFRIES
AND PATRICIA EFRIES, citizens of
Florida, ROBERT VANCIO AND
KAREN VANCIO, citizens of Florida,
GLADYS VALLE, a citizen of Florida,
WILLIAM BAILEY AND GEORGIA
BAILEY, citizens of Florida, AMY
COHAN AND BRADLEY COHAN,
citizens of Florida, MICHAEL
CANCIGLIA AND RUNDA
CANCIGLIA, citizens of Florida, GARY
STOPA AND SHARON STOPA, citizens
of Florida, GIOVANNI LATONA AND
CHRISTINE LATONA, citizens of
Florida, JACK FASANO, a citizen of
Florida, GARY BAKER AND LYNN
BAKER, citizens of Florida, FRANK
CARDENAS, a citizen of Florida,
JANINE CALELLO AND PETER
CALELLO, citizens of Florida, JOSHUA
FRANKZE AND JULIANNE
FRANKZE, citizens of Florida,
WSVALDO MADRIGAL AND
MARTHA MADRIGAL, citizens of
Florida, TONY MORTON AND
VERONICA MORTON, citizens of
Florida, DAMIAN RIVERA AND
SONIA RIVERA, citizens of Florida,
MENDEL TIPTON AND DEBORAH
TIPTON, citizens of Florida, JOSE
ACOSTA AND SOFIA ACOSTA,
citizens of Florida, HUYNH NGUYEN, a
citizen of Florida, DAVID SIMS, a
citizen of Florida, JANELLE CAPLE, a

Case No.: 2:10-cv-00309-CEH-SPC

citizen of Florida, KIMBERLY CRICCO AND CARL CRICCO, citizens of Florida, MATTHEW DISTEL AND STEPHANIE DISTEL, citizens of Florida, LENNI FUGAZY AND JUSTIN FUGAZY, citizens of Florida, HANS JOACHIM KEHL, a citizen of Florida, PAUL LOWANDE AND RENE LOWANDE, citizens of Florida, MICHELE TALERCIO AND TOM TALERCIO, citizens of Florida, FRANK VOLLMAR AND ELIZABETH VOLLMAR, citizens of Florida, JOSEPH TALERCIO, a citizen of Florida, and WAYNE CARBONELL and KIMBERLY CARBONELL,

    Defendants.
_____ /

MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

    Plaintiff,

vs.

AUBUCHON HOMES, INC., a Florida corporation, and JEFFREY D. KOTTKAMP and CYNTHIA KOTTKAMP, citizens of Florida,

    Defendants.
_____ /

Case No.: 2:10-cv-00328-JES-SPC

MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

    Plaintiff,

vs.

ROBERT VAN HOUSE, a citizen of Florida, JEAN VAN HOUSE, a citizen of Florida, ED JACKSON, a citizen of New Jersey, DIANE JACKSON, a citizen of New Jersey, and VILLA DEVELOPMENT, INC. d/b/a VILLA

Case No.: 2:10-cv-00395-JES-DNF

HOMES OF SW FLORIDA, a Florida
Corporation,

    Defendants.
_____  /

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation,

    Plaintiff,

vs.

PORTOFINO HOMES, a dissolved
Florida Corporation, KYLE
HIMMELBERGER and MARNIE
HIMMELBERGER, citizens of Florida,
ARTURO LOYNAZ, a citizen of Florida,
LUIS MITJANS, a citizen of Florida, and
RIGOBERTO RIVAS and MARIA
RIVAS, citizens of Florida,

    Defendants.
_____  /

Case No.: 2:10-cv-00396-CEH-DNF

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation,

    Plaintiff,

vs.

EASTMOND ENTERPRISES, INC., a
Florida Corporation and ANN ROSKO, a
citizen of Florida,

    Defendants.
_____  /

Case No.: 2:10-cv-407-JES-DNF

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation,

    Plaintiff,

vs.

BAYWOOD CONSTRUCTION, INC., a
Florida Corporation, JERALD and

Case No.: 2:10-cv-00523-JES-DNF

4

MELISSA ADCOCK, citizens of Florida, DARLENE CANNISTRACI, a citizen of Florida, LEE and MELINDA FERGUSON, citizens of Florida, HARBHAJAN HAYRE, citizen of Massachusetts, JOHN and JAYCINE LESTER, citizens of Florida, LARRY SCHILLER, a citizen of Tennessee, EDWARD MANCINI and GRACE SOLVIK, citizens of New Jersey, HELEN REINO, a citizen of New Jersey, MARIE OCTOBRE, citizen of New York, LYNDON MERTZ, a citizen of North Dakota, WILSON FAJARDO and ESTHER GONZALEZ, citizens of Florida, MICHAEL ANDERSON and KARLA CAMPOS, citizens of Florida, ASHOK MALHOE, a citizen of Florida, ANGEL and YVETTE SANTIAGO, citizens of Florida, CARL and PAULETTE WATERS, citizens of Florida, MICHELE HWU, a citizen of California, and SUSAN NEVELS, a citizen of Florida,

    Defendants.
_____ /

MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

    Plaintiff,

vs.

HEIGHTS PROPERTIES, LLC, a Florida Limited Liability Company, ANTHONY SPOTO and SHARON SPOTO, citizens of Florida, and MICHAEL SHEEHAN, a citizen of Florida,

Case No.: 2:10-cv-00536-CEH-DNF

    Defendants.
_____ /

| | |
|---|---|
| MID-CONTINENT CASUALTY COMPANY, a foreign corporation, | |
| Plaintiff, | |
| vs. | Case No.: 2:10-cv-00538-CEH-DNF |
| GRAND HARBOUR HOMES, INC., a Florida Corporation, and DENNIS LANG and KAREN LANG, citizens of Florida, | |
| Defendants. | |
| _____ / | |
| MID-CONTINENT CASUALTY COMPANY, a foreign corporation, | |
| Plaintiff, | |
| vs. | |
| GOLD COAST HOMES OF S.W. FLORIDA, INC., an Administratively Dissolved Florida Corporation, and SHAWN ANDERSON and VICTORIA ANDERSON, citizens of Florida, | Case No.: 2:10-cv-561-JES-DNF |
| Defendants. | |
| _____ / | |
| MID-CONTINENT CASUALTY COMPANY, a foreign corporation, | |
| Plaintiff, | |
| vs. | |
| GROFF CONSTRUCTION, INC., a Florida Corporation, NELSON MEDINA, a citizen of Florida, and JOHNNY ELMURR, a citizen of Florida, | Case No.: 2:10-cv-00579-JES-SPC |
| Defendants. | |
| _____ / | |

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation,

      Plaintiff,

vs.

AMERICAN GALLERY
DEVELOPMENT GROUP, LLC d/b/a
AMERICAN GALLERY HOMES, a     Case No.: 2:10-cv-00591-CEH-SPC
voided foreign limited liability company,
THOMAS A. MULLEN and
KATHLEEN C. MULLEN, citizens of
New Jersey, and JAVIER RODRIGUEZ
and CATALINA SEPULVEDA, citizens
of Florida,

      Defendants.
_____  /

## **CERTAIN HOMEOWNERS' MOTION TO RESCHEDULE STATUS HEARING**

      Undersigned, on behalf of the homeowners in case numbers 2:10-cv-00591, 2:10-cv-00538, 2:10-cv-00309, 2:10-cv-00536, 2:10-cv-00188, 2:10-cv-00396, 2:10-cv-00328, 2:10-cv-00523, 2:10-cv-00579, and 2:10-cv-00395, respectfully moves that the Status Conference currently scheduled for Tuesday, April 19, 2011, at 9:00 a.m. be rescheduled and as grounds would share:

      1.    On March 3, 2011, this Court issued Orders in the related Mid-Continent cases scheduling the Status Conference for April 19, 2011.

      2.    Indeed, undersigned had asked this Court to schedule a Status Conference and one of the matters set forth on the Notice to be heard concerns the relationship of the issues in these cases to those in the MDL.

3. Undersigned, as counsel for certain homeowners in this action and as the representative of the Plaintiffs' Steering Committee in the MDL, has asked this Court to coordinate with the MDL.

4. The Court has scheduled the Status Conference on the first day of Passover, which undersigned observes.

5. While this Hearing is of utmost importance, and the undersigned understands the admonition contained in the Notice that a request for changes and/or accommodations will be strongly disfavored by the Court, and is aware that counsel often have conflicts, the undersigned would show that this particular obligation was scheduled 3,336 years ago.

6. Therefore, undersigned respectfully moves that this Court would recognize his observance and reschedule the Status Conference.

Dated this 3rd day of March, 2011.

By: /s/ Scott Wm. Weinstein
Scott Wm. Weinstein, Esq.
Florida Bar No. 563080
Panagiotis V. Albanis, Esq.
Florida Bar No. 77354
MORGAN & MORGAN, P.A.
P. O. Box 9504
Fort Myers, FL  33906-9504
Telephone: (239) 433-6880
Facsimile: (239) 433-6836
Email: sweinstein@forthepeople.com
Email: palbanis@forthepeople.com
*Attorneys for above-named Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this 3rd day of March, 2011, a copy of this Motion was filed using the Court's CM/ECF system which will send electronic notice of this filing to all counsel of record.

/s/ Scott Wm. Weinstein
Scott Wm. Weinstein, Esq.