UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MID-CONTINENT CASUALTY, CO.,

        Plaintiff,

-vs-                                              Case No.  2:10-cv-188-FtM-36SPC

OYSTER BAY HOMES, INC., a Florida corporation; PEDRO DELGADO, citizen of Florida; MARGARITA DELGADO, citizen of Florida,

        Defendants.
_____

MID-CONTINENT CASUALTY CO.,
a foreign corporation,

        Plaintiff,

-vs-                                              Case No.  2:10-cv-191-FtM-29DNF

PAUL HOMES, INC., a Florida Corporation, RICHARD W. FULKS and BONNIE J. FULKS, citizens of Florida, MICHAEL NUKHO, EDWARD NUKHO and GEORGE NUKHO, citizens of New York, and SCOTT BARRY and JUDY BARRY, citizens of New Jersey,

        Defendants.
_____

MID-CONTINENT CASUALTY COMPANY, a foreign corporation,

        Plaintiff,

|  |  |
|---|---|
| -vs- | Case No.  2:10-cv-309-FtM-36SPC |
| **HANSEN HOMES OF SOUTH FLORIDA,** a Florida Corporation, **JOHN NOWICKI,** citizens of Florida, **DAVID BORGARDT,** citizens of Florida, **KATHERINE BORGARDT,** citizens of Florida, **TODD RISMILLER,** citizens of Florida, **LISA RISMILLER,** citizens of Florida, **NATHAN EFRIES,** citizens of Florida, **PATRICIA EFRIES,** citizens of Florida, **ROBERT VANCIO,** citizens of Florida, **KAREN VANCIO,** citizens of Florida, **GLADYS VALLE,** a citizen of Florida, **GEORGIA BAILEY,** a citizen of Florida, **BRADLEY COHAN,** citizen of Florida, **MICHAEL CANCIGLIA,** citizens of Florida, **RUNDA CANCIGLIA,** citizens of Florida, **GARY STOPA,** citizens of Florida, **SHARON STOPA,** citizens of Florida, **GIOVANNI LATONA,** citizens of Florida, **CHRISTINE LATONA,** citizens of Florida, **JACK FASANO,** citizens of Florida, |  |
| **Defendants.** |  |
| _____ |  |
| **MID-CONTINENT CASUALTY, CO.,** a foreign corporation, |  |
| **Plaintiff,** |  |
| -vs- | Case No.  2:10-cv-328-FtM-29SPC |
| **AUBUCHON HOMES, INC.,** a Florida corporation, **JEFF KOTTKAMP,** citizen of Florida, **CYNDIE KOTTKAMP,** citizen of Florida, |  |
| **Defendants.** |  |
| _____ |  |

**MID-CONTINENT CASUALTY COMPANY,**
a Foreign Corporation,

       Plaintiff,

-vs-                 Case No.  2:10-cv-395-FtM-29DNF

**ROBERT VAN HOUSE,** a citizen of Florida, **JEAN VAN HOUSE,** citizen of Florida, **VILA DEVELOPMENT, INC.,** a Florida Corporation doing business as Villa Homes of SW Florida, Ed Jackson, citizen of New Jersey, Diane Jackson, a citizen of New Jersey

       **Defendants.**
_____

**MID-CONTINENT CASUALTY COMPANY,**
a Foreign Corporation,

       Plaintiff,

-vs-                 Case No.  2:10-cv-396-FtM-36DNF

**PORTOFINO HOMES,** a Dissolved Florida corporation, **KYLE HIMMELBERGER,** a Citizen of Florida, **MARNIE HIMMELBERGER,** a Citizen of Florida, **ARTURO LOYNAZ,** a Citizen of Florida, **LUIS MITJANS,** a Citizen of Florida, **RIGBERTO RIVAS,** a Citizen of Florida,

       **Defendants.**
_____

**MID-CONTINENT CASUALTY COMPANY,**
a foreign corporation,

       Plaintiff,

|  |  |
|---|---|
| -vs- | Case No.  2:10-cv-407-FtM-29DNF |

**EASTMOND ENTERPRISES, INC.,** a
Florida Corporation, **ANN ROSKO,** a
citizen of Florida,

                      **Defendants.**

_____

**MID-CONTINENT CASUALTY CO.,**
a foreign corporation,
                      **Plaintiff,**

|  |  |
|---|---|
| -vs- | Case No.  2:10-cv-523-FtM-29DNF |

**BAYWOOD CONSTRUCTION, INC.** a
Florida corporation, **JERALD ADCOCK,** a
citizen of  Florida, **MELISSA ADCOCK,** a
citzen of Florida, **DARLENE
CANNISTRACI,** a citizen of  Florida, **LEE
FERGUSON,** a citzen of Florida, **MELINDA
FERGUSON,** a citizen of Florida,
**HARBHAJAN HAYRE,** a citzen of
Massachusettts, **JOHN LESTER,** a citzen of
Florida, **JAYCINE LESTER,** a citizen of
Florida, **LARRY SCHILLER,** a citizen of
Tennessee, **EDWARD MANCINI,** a citizen
of New Jersey, **GRACE SOLVIK,** a citzen of
New Jersey, **HELEN REINO,** a citizen of
New Jersey, **MARIE OCTOBRE,** a citzen of
New York, **LUNDON MERTZ,** a citzen of
North Dakota, **WILSON FAJARDO,** a
citizen of  Florida, **ESTHER GONZALEZ,** a
citizen of Florida, **MICHAEL ANDERSON,**
a citizen of Florida, **KARLA CAMPOS,** a
citizen of Florida, **ASHOK MALHOE,** a
citizen of Florida, **ANGEL SANTIAGO,** a
citizen of Florida, **YVETTE SANTIAGO,** a
citizen of Florida,

                      **Defendants.**

_____

MID-CONTINENT CASUALTY
COMPANY a foreign corporation,

                Plaintiff,

-vs-                                                Case No. 2:10-cv-536-FtM-36DNF

HEIGHTS PROPERTIES, LLC, a Florida
Limited Liabillity Company, ANTHONY
SPOTO, citizen of Florida, SHARON
SPOTO, citizen of Florida, MICHAEL
SHEEHAN, a citizen of Florida,

                Defendants.
_____

MID-CONTINENT CASUALTY
COMPANY, a foreign corporation,

                Plaintiff,

-vs-                                                Case No. 2:10-cv-538-FtM-36DNF

GRAND HARBOUR HOMES, INC., a
Florida Corporation, DENNIS LANG,
Citizen of Florida, KAREN LANG, citizen of
Florida,

                Defendants.
_____

MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,

                Plaintiff,

-vs-                                                Case No. 2:10-cv-561-FtM-29DNF

GOLD COAST HOMES OF S.W.
FLORIDA, INC. an administratively
dissolved Florida corporation, SHAWN

**ANDERSON, citizen of Florida, VICTORIA
ANDERSON, citizen of Florida,**

       **Defendants.**
_____

**MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,**

       **Plaintiff,**

-vs-                   **Case No.  2:10-cv-579-FtM-29SPC**

**GROFF CONSTRUCTION, INC., a Florida
Corporation, NELSON MEDINA, a citizen
of Florida, JOHNNY ELMURR, a citizen of
Florida,**

       **Defendants.**
_____

**MID-CONTINENT CASUALTY COMPANY,
a foreign corporation,**

       **Plaintiff,**

-vs-                   **Case No.  2:10-cv-591-FtM-36SPC**

**AMERICAN GALLERY DEVELOPMENT
GROUP, LLC, a voided foreign limited
liability company doing business as
AMERICAN GALLERY HOMES,
KATHLEEN C. MULLEN, citizen of New
Jersey, THOMAS A. MULLEN, citizen of
New Jersey, JAVIER RODRIGUEZ, citizen
of Florida, CATALINA SEPULVEDA,
citizen of Florida,**

       **Defendants.**
_____

## ORDER

This cause is before the Court on Mid-Continent Casualty Company's Motion Regarding Specific Relief Requested; Certain Homeowners' Motion to Strike Mid-Continent Casualty Company's Motion Regarding Specific Relief Requested and Motion for Sanctions and Other Relief; and Certain Homeowners' Motion to Reschedule Status Hearing filed in some of the above cases. On January 4, 2011, the Court entered an Order requiring Mid-Continent Casualty Company ("Mid-Continent") to confer with opposing counsel regarding the relief it was seeking and file a Notice with the Court informing the Court with specificity what relief it was requesting. Rather than file a Notice, Mid-Continent filed a Motion Regarding Specific Relief Requested in each of the above cases. Rather than filing a response, on January 26, 2011, counsel for some of the homeowners filed a Motion to Strike Mid-Continent Casualty Company's Motion Regarding Specific Relief Requested, and Motion for Sanctions and Other Relief.  The Court has determined that a Status Conference is needed to discuss the issues in the case.  Therefore, the Court will deny both the Motion Regarding Specific Relief and the Motion to Strike and for Sanctions.  Any matter raised in either of these motions may be raised at the Status Hearing.

The Court scheduled a Status Hearing on April 19, 2011.  Certain Homeowners filed a Motion to Reschedule Status Hearing in some of the above cases.  The Court will reschedule the Status Hearing by separate notice.  In the Motion to Reschedule the Status Conference, Attorney Scott Weinstein stated that one issue that is important is the relationship of the issues in the present cases to those cases in Multi-District Litigation ("MDL").  Mr. Weinstein is the representative of the Plaintiffs' Steering Committee in the MDL.  For the Court to be prepared for the Status Hearing, the

Court will require Mr. Weinstein to file a Memorandum as to the relationship between the above cases and the MDL litigation and any other issue regarding the MDL litigation that impacts the above cases.

**IT IS HEREBY ORDERED:**

1) The Motion Regarding Specific Relief Requested filed by Mid-Continent Casualty Company is hereby **DENIED** without prejudice for Mid-Continent to raise these issues at the Status Conference.

2) Certain Homeowners' Motion to Strike Mid-Continent Casualty Company's Motion Regarding Specific Relief Requested and Motion for Sanctions and Other Relief is **DENIED** without prejudice for these certain homeowners to raise these issues at the Status Conference.

3) Certain Homeowners' Motion to Reschedule Status Hearing is **GRANTED** and the Status Hearing will be reset by separate Notice.

4) Within fourteen (14) days from the date of this Order, Mr. Weinstein shall file a Memorandum (**not a motion**) as to the relationship between the above cases and the MDL litigation and any other issue regarding the MDL litigation that impacts the above cases.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __7th__ day of March, 2011.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record